CORNELIUS SCOTT, Respondent, *v.* FOURTEENTH STREET BANK, Appellant.

*Scott* v. *Fourteenth Street Bank*, 156 App. Div. 896, affirmed.
(Argued January 14, 1915; decided February 5, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1913, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover an amount collected by defendant upon certain checks, the indorsements upon which had been forged.

*Burt D. Whedon* for appellant.

*William D. McNulty* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.